USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/11/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANGEL ROJAS,

Defendant.

**Order Excluding Time**

26 Cr. 176 (NSR)

The Court has received a request by JAY CLAYTON, United States Attorney for the Southern District of New York, by Assistant United States Attorney Reyhan Watson, that the time period from June 10, 2026, through and including June 24, 2026, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Government seeks the exclusion of the foregoing period in the interest of justice so that the parties can continue to discuss a possible pretrial resolution prior to the initial conference scheduled in this matter for June 24, 2026, at 11:00 a.m. On June 9, 2026, Patrick Brackley, Esq., counsel for the defendant, moved, on consent of the Government, to adjourn the initial conference scheduled for June 10, 2026. (Dkt. 41). On June 9, 2026, Mr. Brackley consented to the requested exclusion of time in writing to counsel for the Government. On June 10, 2026, the Court granted the defendant's request. (Dkt. 42). On June 10, 2026, the Government moved to exclude time. (*See* Dkt. 43).

Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time period from June 10, 2026, through and including June 24, 2026, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of

the public and the defendant in a speedy trial.

The Clerk of Court is directed to terminate the motion at ECF
No. 43.

Dated:   June 11, 2026

White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge

2